626

417 A.2d 785

Commonwealth v. Bradley, Appellant.

Submitted December 8, 1978.
Arthur J. King, Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

417 A.2d 785

Commonwealth v. Francis Conrad, Appellant.

Submitted December 8, 1978. William F. Ochs, Jr., Public Defender; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.